**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6112**

JEROME ADDISON,

Plaintiff - Appellant,

v.

COUNTY OF CHARLESTON; DAVID BEASLEY, Governor; COORDINATOR, Commission of Prosecution; DONALD MYERS, Solicitor, Chairman; SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; MICHAEL MOORE, Director; J. AL CANNON, JR.; CHARLESTON COUNTY SHERIFF; LORELLE PROCTOR, Public Defender,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston. Henry F. Floyd, District Judge. (2:09-cv-02896-HFF)

Submitted: March 30, 2010          Decided: April 6, 2010

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jerome Addison, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Addison seeks to appeal the district court's order remanding his case to the magistrate judge for consideration of Addison's motion to amend his complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Addison seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED